KAREN M. VICKERS, OSB No. 913810
kvickers@mershanlaw.com
BLAKE H. FRY, OSB No. 100128
bfry@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503.226.6400
Facsimile: 503.226.0383

Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| C.K., by and through his next friend, SUZANNE ROPPE<br><br>Plaintiff,<br><br>v.<br><br>EUGENE SCHOOL DISTRICT 4J,<br><br>Defendants. | Case No. 6:12-CV-1640-MC<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties below, it is hereby

ORDERED and ADJUDGED that the captioned matter be dismissed with prejudice and without costs or attorney fees to the parties.

Dated this 2 day of Dec, 2013

_____
Judge Michael J. McShane
United States District Court Judge

**IT IS SO STIPULATED:**

Dated this 25th day of November, 2013

KIVEL AND HOWARD, LLP

_____
Kevin C. Brague, OSB 050428
Of Attorneys for Plaintiff

Dated this 26th day of November, 2013

MERSEREAU SHANNON LLP

_____
Karen M. Vickers, OSB No. 913810
Of Attorneys for Defendant

PAGE 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE